UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROSS BARTON, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1536-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | |
| JACK STARLING, etc., ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Plaintiff's Motion for Leave to Proceed With Discovery (#18).

The Court having reviewed Plaintiff's Motion (#18) finds that this request is premature. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Proceed With Discovery (#18) is **DENIED**.

DATED this   10th   day of May, 2012..

                                              ROBERT J. JOHNSTON
                                              United States Magistrate Judge