UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSS BARTON,<br><br>      Plaintiff,<br><br>vs.<br><br>JACK STARLING, etc.,<br><br>      Defendant, | 2:11-cv-1536-PMP-RJJ<br><br>O R D E R |

This matter is before the Court on Plaintiff's Motion for Leave to Proceed With Discovery (#18).

The Court having reviewed Plaintiff's Motion (#18) finds that this request is premature. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Proceed With Discovery (#18) is **DENIED**.

DATED this   10th   day of May, 2012..

                                                       ROBERT J. JOHNSTON
                                                     United States Magistrate Judge